**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHESTER LEDZEPPLIN CLARK, | ) NO. CV 04-000481-DDP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOHN MARSHALL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 8, 2009.

/s/ Dean D. Pregerson

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE